No. 94–6083. WHITE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6110. GOULDING v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–6115. DOE v. GALLEGOS ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–6240. FOWLER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 94–6323. JONES, FKA PARK v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 94–6424. SMITH v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 94–6449. CHAN v. CALIFORNIA DEPARTMENT OF MOTOR VEHICLES. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–6465. ALDERMAN v. THOMAS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 94–6475. LOWE-BEY v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 94–6477. PIERCE v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6482. WASHINGTON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 94–6486. KELLY v. WITHROW, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–6488. HUNES v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 94–6491. JACKSON v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 94–6501. KERSH v. BORDEN, INC., ET AL. C. A. 6th Cir. Certiorari denied.